ACCEPTED
01-15-00101-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 7:38:10 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00101-CR

In the

# Court of Appeals

For the

# First District of Texas

At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/31/2015 7:38:10 PM

CHRISTOPHER A. PRINE
Clerk

◆

## No. 13-CR-3057
In the 405th District Court of
Of Galveston County, Texas

◆

# BRIAN DARNELL JOHNSON
Appellant

v.

# THE STATE OF TEXAS
Appellee

◆

## APPELLANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLANT'S BRIEF

◆

**TO THE HONORABLE COURT OF APPEALS OF TEXAS**:

COMES NOW APPELLANT, by and through his attorney of record on appeal, Kevin Stryker, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file Appellant's brief in this case, and, in support thereof, presents the following:

*1.*      In the 405th District Court of Galveston County, Texas, in cause

number 13-CR-3057, Appellant was convicted of Aggravated Assault - Deadly Weapon in *The State of Texas v. Brian Darnell Johnson.*

2. On January 16, 2015, the trial court sentenced Appellant to forty years' confinement in the Texas Department of Criminal Justice, Institutional Division (TDCJ), for the offense of Aggravated Assault – Deadly Weapon.

3. Appellant timely filed written notice of appeal on January 16, 2015.

4. Appellant's brief is due on August 28, 2015.

5. This is Appellant's third and final motion for extension of time to file Appellant' appellate brief on the merits.

6. An extension of time in which to file the Appellant's brief is requested until August 31, 2015.

7. The facts relied upon to explain the need for this extension are:

    a. The issues on Appellant's appeal are numerous.

    b. The undersigned attorney also continues to fulfill his other responsibilities in representing dozens of defendants in felony and misdemeanor criminal trial and appellate matters.

    c. Undersigned attorney has finished Appellant's brief and is filing said brief on August 31, 2015.

Consequently, the requested extension of time is necessary to permit the undersigned attorney to adequately research, prepare, and file Appellant's brief in this case. Appellant's motion for extension of time to file Appellant's brief is not made for purposes of delay but so that justice may be done.

WHEREFORE, Appellant prays that this Court will grant an extension of time until August 31, 2015 for the undersigned attorney to complete and file Appellant's brief in this case.

Respectfully submitted,

/s/ Kevin Stryker

_____
KEVIN B. STRYKER
Attorney for Brian Johnson
SBN: 24037565
2600 South Shore Blvd., Suite 300
League City, Texas 77573
Phone: 409-632-0212
Fax: 1-888-252-3033
Email: Strykerlawfirm@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing instrument has been served upon Allison Lindblade, Assistant District Attorney, Galveston County District Attorney's Office, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

Allison.lindblade@co.galveston.tx.us

/s/ Kevin Stryker

_____
KEVIN B. STRYKER
Attorney for Brian Johnson
SBN: 24037565
2600 South Shore Blvd., Suite 300
League City, Texas 77573
Phone: 409-632-0212
Fax: 1-888-252-3033
Email: Strykerlawfirm@gmail.com